UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| JASON ROSS, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | No. 1:20-cv-00642-JMS-MJD |
| | ) | |
| FEDEX FREIGHT, | ) | |
| | ) | |
| *Defendant*. | ) | |

**FINAL JUDGMENT PURSUANT TO FED. R. CIV. P. 58**

For the reasons set forth in the Court's Order entered this day, the Court now enters **FINAL**

**JUDGMENT** against Plaintiff and in favor of Defendant, such that Plaintiff shall take nothing by

way of his Complaint.

Date: 9/21/2021

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _____

Deputy Clerk, U.S. District Court

**Distribution via ECF only to all counsel of record**

1